IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENOARD TALLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>P. MENDOZA, et al.,<br><br>    Defendants.<br>_____/ | 1:11-cv-00277-GBC (PC)<br><br>ORDER TO SUBMIT APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>OR PAY FILING FEE WITHIN 45 DAYS |

**<u>ORDER</u>**

    Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $350.00 filing fee. It appears that he attempted to submit an application to proceed in forma pauperis, but it is incomplete. (ECF No. 1-1, pp. 12 & 17.) Also, it does not "authorize the agency having custody of [Plaintiff] to collect from [his] trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2)" or similar language.

    Accordingly, IT IS HEREBY ORDERED that:

    Within forty-five (45) days of the date of service of this Order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests**

-1-

**for extension will be granted without a showing of good cause**.  Within sixty (60) days of the date of service of this Order, Plaintiff shall submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint.

**Failure to comply with this Order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   May 23, 2011

UNITED STATES MAGISTRATE JUDGE