IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD TALLEY, | 1:11-cv-000277 GBC (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | OR PAY FILING FEE WITHIN 45 DAYS |
| P. MENDOZA, et al., | |
| Defendants. / | |

**ORDER**

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915.  Plaintiff was ordered to submit an IFP application on May 23, 2011.  (ECF No. 9.)  On July 12, 2011, Plaintiff filed his prisoner trust fund account statement.  (ECF No. 10.)  However, Plaintiff still failed to file an application to proceed IFP.  The Court will give Plaintiff <u>one</u> additional opportunity to file an application.  Failure to do so will result in dismissal of this action.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this Order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action.  **No requests for extension will be**

1. **granted without a showing of good cause**.  Within sixty (60) days of the date of service
2. of this Order, Plaintiff shall submit a certified copy of his/her prison trust statement for the
3. six month period immediately preceding the filing of the complaint.
4. **Failure to comply with this order will result in dismissal of this action.**
5. IT IS SO ORDERED.

Dated:     August 8, 2011

_____
UNITED STATES MAGISTRATE JUDGE