IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENOARD TALLEY, | 1:11-cv-00277-GBC (PC) |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING PLAINTIFF FINAL OPPORTUNITY TO FILE APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE |
| v. | |
| P. MENDOZA, et al., | |
| Defendants. | (Docs. 11 & 12) |

Plaintiff is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On February 10, 2011, Plaintiff filed this action, and on February 25, 2011, Plaintiff consented to Magistrate Judge jurisdiction. Docs. 1 & 6. Plaintiff's complaint has not yet been screened by this court.

Plaintiff has not paid the $350.00 filing fee. It appears that he attempted to submit an application to proceed *in forma pauperis*, but it is incomplete. Doc. 1 Ex. 1 at 12 & 17. The form did not "authorize the agency having custody of [Plaintiff] to collect from [his] trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2)" or similar language.

On May 23, 2011, the court ordered Plaintiff to submit an application to proceed *in forma pauperis* or pay the filing fee within forty-five days. Doc. 9. Plaintiff filed his prisoner trust fund

-1-

account statement, but did not file an application to proceed in forma pauperis. Doc. 10. On August 9, 2011, the court again ordered Plaintiff to submit an application for *in forma pauperis* or pay the filing fee. Doc. 11. On October 11, 2011, the court issued an order to show cause shy action should not be dismissed for failure to obey court order. Doc. 12.

On October 24, 2011, Plaintiff submitted a response but still failed to submit an application to proceed *in forma pauperis* or pay the filing fee. The court will provide Plaintiff with one final opportunity to comply with the court's order.

Accordingly, it is HEREBY ORDERED:

1. The order to show cause dated October 21, 2011 is discharged.
2. The clerk of the court is directed to send Plaintiff an *in forma pauperis* application with service of this order.
3. Within **thirty (30) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**.

**PLAINTIFF IS HEREBY ON NOTICE THAT FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN DISMISSAL OF THIS ACTION.**

IT IS SO ORDERED.

Dated:   November 7, 2011

UNITED STATES MAGISTRATE JUDGE