# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENOARD TALLEY, | 1:11-cv-00277-GBC (PC) |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO EITHER PAY FILING FEE OR SUBMIT AN APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| P. MENDOZA, et al., | |
| Defendants. | |

On February 10, 2011, Plaintiff Lenoard Talley ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff has not paid the $350.00 filing fee. Plaintiff attempted to submit an application to proceed in forma pauperis with filing his complaint in February 2011, but it was incomplete. Doc. 1 Ex. 1 at 12 & 17. The form did not "authorize the agency having custody of [Plaintiff] to collect from [his] trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2)" or similar language.

On May 23, 2011, the Court ordered Plaintiff to submit an application to proceed in forma pauperis or pay the filing fee within forty-five days. Doc. 9. Plaintiff filed his prisoner trust fund account statement but did not submit an application to proceed in forma pauperis. Doc. 10. On August 9, 2011, the Court again ordered Plaintiff to submit an application for in forma pauperis or pay the filing fee. Doc. 11. On October 11, 2011, the Court issued an order to show cause why this action should not be dismissed for failure to obey a court order. Doc. 12. On October 24, 2011, Plaintiff submitted a response but still failed to submit an application to proceed in forma pauperis

1  or pay the filing fee. On November 7, 2011, the Court discharged the order to show cause and
2  granted Plaintiff one final opportunity to submit an application to proceed in forma pauperis or pay
3  the filing fee. Doc. 14. In the November 7, 2011 Order, the Court placed Plaintiff on notice that
4  failure to submit an application to proceed in forma pauperis or pay the filing fee would result in
5  dismissal. Doc. 14. To date, Plaintiff has failed to pay the $350.00 filing fee in full, submit an
6  application to proceed in forma pauperis, or respond to the Court's order.

7      A civil action may not proceed absent the submission of either the filing fee or an application
8  to proceed in forma pauperis. 28 U.S.C. §§ 1914, 1915. Because Plaintiff has not submitted an
9  application to proceed in forma pauperis, paid the filing fee, or responded to the Court's order to do
10 so, dismissal of this action is appropriate. *In re Phenylpropanolamine (PPA) Products Liability*
11 *Litigation*, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

12     Accordingly, the Court HEREBY ORDERS this action dismissed, without prejudice, for
13 failure to pay the filing fee or submit a completed application to proceed in forma pauperis.

14

15 IT IS SO ORDERED.

16

Dated:   January 9, 2012

17                                     UNITED STATES MAGISTRATE JUDGE

18
19
20
21
22
23
24
25
26
27
28